DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE PEREZ-AMADOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S 07-220-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER TO |
| ) | CONTINUE STATUS HEARING |
| v. ) | |
| ) | |
| JOSE PEREZ-AMADOR, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This case is currently scheduled for a preliminary hearing on June 1, 2007.  The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and further investigation of the case.

All parties, through their respective counsel, hereby stipulate and agree that the preliminary hearing scheduled in this case for June 1, 2007, be continued until June 15, 2007.  In addition, the parties stipulate that the time period from June 1, 2007, to June 15, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: June 1, 2007

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

| /s/Lexi Negin for Kyle Reardon | /s/ Lexi Negin |
| KYLE REARDON | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Jose Perez-Amador |

1
2                    IN THE UNITED STATES DISTRICT COURT
3                  FOR THE EASTERN DISTRICT OF CALIFORNIA
4
UNITED STATES OF AMERICA,           )   CASE NO. CR.S 07-220-FCD
5                                       )
                Plaintiff,              )
6                                       )   PROPOSED ORDER CONTINUING STATUS
        v.                              )   CONFERENCE AND EXCLUDING TIME
7                                       )
JOSE PEREZ-AMADOR,                  )
8                                       )
                Defendants.             )
9   _____     )

10      For the reasons set forth in the stipulation of the parties, filed on June 1, 2007,  IT IS HEREBY

11  ORDERED that the preliminary hearing currently scheduled for June 1, 2007, be continued until Friday,

12  June 15, 2007, at 2:00 p.m.  The Court finds that the ends of justice to be served by granting a continuance

13  outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY

14  ORDERED that, for the reasons stated in the parties' June 1, 2007 stipulation, the time under the Speedy

15  Trial Act is excluded from June 1, 2007, through  June 15, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)

16  and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

17  Dated:  June 1, 2007.

                                            _____
                                            U.S. MAGISTRATE JUDGE

2