1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE PEREZ-AMADOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  CR. S 07-220-FCD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND D ORDER TO CONTINUE STATUS HEARING |
| v. | ) ) | |
| JOSE PEREZ-AMADOR, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

This case is currently scheduled for status hearing on July 30, 2007.  The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and further investigation of the case - specifically counsel is awaiting records relating to a prior conviction.

All parties, through their respective counsel, hereby stipulate and agree that the preliminary hearing scheduled in this case for July 30, 2007, be continued until August 27, 2007.  In addition, the parties stipulate that the time period from July 30, 2007, to August 27, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: July 27, 2007

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

| /s/Lexi Negin for Kyle Reardon | /s/ Lexi Negin |
| KYLE REARDON | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Jose Perez-Amador |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | CASE NO. CR.S 07-220-FCD |
| Plaintiff,     ) | |
| v.     ) | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| JOSE PEREZ-AMADOR,     ) | |
| Defendant.     ) | |

    For the reasons set forth in the stipulation of the parties, filed on July 27, 2007, IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for July 30, 2007, be continued until August 27, 2007 at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 27, 2007 stipulation, the time under the Speedy Trial Act is excluded from July 30, 2007, through August 27, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  July 27, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2