DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE PEREZ-AMADOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:07-cr-0220-FCD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| v. | ) ) | |
| JOSE PEREZ-AMADOR, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

    This case is currently scheduled for status hearing on September 4, 2007.  The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and further investigation of the case - specifically counsel is awaiting records relating to a prior conviction.

    All parties, through their respective counsel, hereby stipulate and agree that the preliminary hearing scheduled in this case for September 4, 2007, be continued until September 10, 2007. In addition, the parties stipulate that the time period from September 4, 2007, to September 10, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: August 28, 2007

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

/s/Lexi Negin for Kyle Reardon  /s/ Lexi Negin
KYLE REARDON   LEXI NEGIN
Assistant U.S. Attorney   Assistant Federal Defender
Attorney for United States   Attorney for Jose Perez-Amador

ORDER

IT IS HEREBY ORDERED that the status hearing currently scheduled for September 4, 2007, be continued until September 10, 2007 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 28, 2007 stipulation, the time under the Speedy Trial Act is excluded from September 4, 2007, through September 10, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 28, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE