DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE PEREZ-AMADOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-cr-0220-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | CHANGE OF PLEA HEARING |
| v. ) | |
| ) | |
| JOSE PEREZ-AMADOR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This case is currently scheduled for change of plea hearing on September 14, 2007. The attorneys for all parties have conferred and agree that additional time is needed due to the unavailability of defense who will be in trial at that time.

All parties, through their respective counsel, hereby stipulate and agree that the change of plea hearing scheduled in this case for September 14, 2007, be continued until September 17, 2007. In addition, the parties stipulate that the time period from September 14, 2007, to September 17, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

DATED: September 11, 2007

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| /s/Lexi Negin for Kyle Reardon | /s/ Lexi Negin |
| KYLE REARDON | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Jose Perez-Amador |

**ORDER**

    For the reasons set forth in the stipulation,  IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for September 14, 2007, be continued until September17, 2007 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 11, 2007 stipulation, the time under the Speedy Trial Act is excluded from September 14, 2007, through  September 17, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

DATED: September 11, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE